UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHARLES PAHULU,)
)  CIVIL NO. C08-5455 FDB
    Plaintiff,)
)  ORDER FOR EAJA FEES,
vs.)  COSTS AND EXPENSES
)
MICHAEL J. ASTRUE,)
Commissioner of Social Security,)
)
)

THIS MATTER having come on regularly before the Court upon stipulated motion of the parties, through their respective counsel, for an award of EAJA Fees, Costs, and Expenses, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,654.46 and expenses of $48.32 pursuant to 28 U.S.C. §2412 and costs of $352.25 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

DATED this 27th day of January, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5455FDB-KLS] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 Presented by:
2
3 S/ELIE HALPERN
4 ELIE HALPERN,
Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5455FDB-KLS] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055