# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES PAHULU

        v.

MICHAEL J. ASTRUE, Commissioner
Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5455FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That Plaintiff's attorney Elie Halpern is awarded an attorney's fee of $13,250.00 for work performed in this Court pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,654.46, leaving a net fee award of $8,595.54. The Commissioner of Social Security is directed to issue to Plaintiff's attorney Elie Halpern a check for the net fee of $8,595.54, minus any applicable processing fees as allowed by statute.

| | |
|---|---|
|   October 15, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |